# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: spliego | Date Created: 12/8/2010 |
| Case: 8−10−77151−ast | Form ID: 253 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
aty        Richard A Jacoby        jacobylaw@yahoo.com

                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Joseph P Nilsen        102 Kramer Drive        Lindenhurst, NY 11757
jdb        Alaina L Nilsen        102 Kramer Drive        Lindenhurst, NY 11757
tr         Allan B Mendelsohn        Allan B. Mendelsohn, LLP        38 New Street        Huntington, NY 11743
smg        NYS Department of Taxation &Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg        NYS Unemployment Insurance        Attn: Isolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg        NYC Department of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs − Devora Cohn        Brooklyn, NY 11201
smg        United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722−4437
6879777        Capital One, N.a.        C/O American Infosource        Po Box 54529        Oklahoma City, OK 73154
6879778        Chase        Po Box 15298        Wilmington, DE 19850
6879779        Chase        Po Box 15298        Wilmington, DE 19850
6879780        Chase        Po Box 15298        Wilmington, DE 19850
6879781        Child Support Enforcem        40 N Pearl St        Albany, NY 12243
6879782        Citibank Na        Attn.: Centralized Bankruptcy        Po Box 20507        Kansas City, MO 64195
6879783        Citibank Sd, Na        Attn: Centralized Bankruptcy        Po Box 20507        Kansas City, MO 64195
6879784        Forster &Garbus, Esqs.        500 Bi County Blvd        P.O. Box 9030        Farmingdale, NY 11735−9030
6879785        Frederick J Hanna&Assoc.        1427 Roswell Rd        Marietta, GA 30062
6879786        Hsbc Bank        Attn: Bankruptcy        Po Box 5213        Carol Stream, IL 60197
6879787        Hsbc Mortgage Corp Usa        2929 Walden Ave        Depew, NY 14043
6879788        Roadway Express        PO Box 93151        Chicago, IL 60673−3151
6879789        Sears/cbsd        Po Box 6189        Sioux Falls, SD 57117
6879790        Synter Resource Group        PO Box 63247        5935 Rivers Ave Ste 102        North Charleston, SC 29419−3247
6879791        Us Dept Of Education        Attn: Borrowers Service Dept        Po Box 5609        Greenville, TX 75403
6879792        Verizon        c/o Bankruptcy Group        PO Box 25087        Wilmington, DE 19899−5087
6879793        YRC Inc        c/o Synter Resource Group        PO Box 63247        5935 Rivers Ave Ste 102        North Charleston, SC 29419−3247
6879794        Zwicker &Assoc        150 Allens Creek Rd        Rochester, NY 14618

                                                                                                    TOTAL: 25